**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Society of Apostolic Church Ministries, et al., | No. CV-21-08277-PCT-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States of America, | |
| Defendant. | |

Pending before the Court is non-party Elizabeth Gardner's Application to Proceed in District Court Without Prepaying Fees or Cost (Doc. 2).  Although Ms. Gardner's Application, signed under penalty of perjury, indicates that she is financially unable to pay the filing fee, Ms. Gardner, as an individual, is not a Plaintiff to this action.

The Plaintiffs listed in the Civil Cover Sheet are Society of Apostolic Church Ministries and Bishop Elizabeth Gardner, Corporation Sole.  (Doc. 2 at 1).  Ms. Gardner, presumably as an authorized representative of the corporate Plaintiffs, seeks to represent these entities in a *pro se* capacity.  A *pro se* litigant, however, may not represent a corporate entity.  *Russell v. United States*, 308 F.2d 78, 79 (9th Cir. 1962) ("A litigant appearing in propria persona has no authority to represent anyone other than himself"); *Church of the New Testament v. United States*, 783 F.2d 771, 774 (9th Cir. 1986) (An individual cannot represent a corporation, and a corporation cannot represent itself as a *pro se* plaintiff).

Accordingly, the Court will order that within twenty-one (21) days of this Order, a licensed attorney shall appear on behalf of the Society of Apostolic Church Ministries and Bishop Elizabeth Gardner, Corporation Sole. Absent a notice of appearance for these

1    Plaintiffs, the Complaint shall be dismissed without prejudice.

2         In accordance with the above,

3         **IT IS HEREBY ORDERED** that the Application to Proceed in District Court

4    Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

5         **IT IS FURTHER ORDERED** that within **twenty-one (21) days** of this Order,

6    Plaintiffs must pay the required filing fee and a licensed attorney shall appear on behalf of

7    the Society of Apostolic Church Ministries and Bishop Elizabeth Gardner, Corporation

8    Sole.

9         **IT IS FINALLY ORDERED** that if Plaintiffs do not pay the filing fee and/or a

10   Notice of Appearance is not filed within **twenty-one (21) days** of the date of this Order,

11   the Clerk of Court shall dismiss this action, without prejudice, without further Order of the

12   Court.

13        Dated this 4th day of January, 2022.

Honorable Diane J. Humetewa
United States District Judge