GREGORY A. ROBINSON (SBN 003100)
FARLEY, ROBINSON & LARSEN
7204 North 16th Street, Suite 108
Phoenix, Arizona 85020
Telephone: 602.265.6666
Facsimile: 602-264-5116
Email: us@lawfrl.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THE SOCIETY OF APOSTOLIC CHURCH MINISTRIES BISHOP, ELIZABETH GARDNER CORPORATION SOLE AND HER SUCCESSORS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 3:21-cv-08277-DJH<br><br><br><br>NOTICE OF APPEARANCE<br><br><br>[Assigned to Honorable Diane J. Humetewa] |

NOTICE IS HEREBY GIVEN that the undersigned enters his appearance on behalf of Plaintiff The Society of Apostolic Church Ministries Bishop, Elizabeth Gardner.

Counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon:

Gregory A. Robinson
Farley, Robinson & Larsen
7204 North 16th Street, Suite 108
Phoenix, Arizona 85020
Telephone: 602.265.6666
Facsimile: 602-264-5116
Email: us@lawfrl.com
SBN: 003100

DATED this 7th day of February 2022.

                    FARLEY, ROBINSON & LARSEN

                    /s/   Gregory A. Robinson
                    GREGORY A. ROBINSON, ESQ.
                    7204 North 16th Street, Suite 108
                    Phoenix, Arizona 85020
                    (602) 265-6666
                    Attorney for Plaintiff